UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SELENA SKY JOHNSON,

        Defendant.

CASE NO. 21-mj-30023

HON. ELIZABETH A. STAFFORD
United States Magistrate Judge

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the complaint,

warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement

    officers.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

Dated: January 15, 2021

*s/JULES M. DePORRE*
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI  48502
Jules.DePorre@usdoj.gov
810-766-5177
P73999

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Entered: January 15, 2021